BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
Email: byrd@whafh.com
Email: tramontano@whafh.com

*Local Counsel for Plaintiff Tacarra Jackson*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TACARRA JACKSON, *Derivatively on Behalf of Nominal Defendant* UNICYCIVE THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHALABH GUPTA, SANDEEP LAUMAS, GAURAV AGGARWAL, SARA KENKARE-MITRA, *and* JOHN TOWNSEND,<br><br>Defendants,<br><br>*and*<br><br>UNICYCIVE THERAPEUTICS, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-09338-JD<br><br>Date Filed: October 30, 2025<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD COUNSEL FOR PLAINTIFFS** |

[Additional caption on following page]

| | |
|---|---|
| GINA HENRY, *Derivatively on Behalf of Nominal Defendant* UNICYCIVE THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHALABH GUPTA, SANDEEP LAUMAS, GAURAV AGGARWAL, SARA KENKARE-MITRA, *and* JOHN TOWNSEND,<br><br>Defendants,<br><br>*and*<br><br>UNICYCIVE THERAPEUTICS, INC.,<br><br>Nominal Defendant. | Case No. 3:25-cv-09625-JD<br><br>Date Filed: November 7, 2025 |

**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL**

WHEREAS, on October 30, 2025, Plaintiff Tacarra Jackson ("Plaintiff Jackson") filed a shareholder derivative action on behalf of Unicycive Therapeutics, Inc. ("Unicycive") captioned *Jackson v. Gupta, et al.*, Case No. 3:25-cv-09338-JD ("*Jackson* Action") against defendants Gupta, Laumas, Aggarwal, Kenkare-Mitra, and Townsend (the "Individual Defendants" and with Unicycive, "Defendants") in this Court alleging breaches of fiduciary duties, gross mismanagement, waste of corporate assets, unjust enrichment, and violations of Section 14(a) of the Exchange Act, 15 U.S.C. § 78n(a)(1), and Rule 14a-9, 17 C.F.R. § 240.14a-9, promulgated thereunder by the SEC (*Jackson* Action, Dkt. No. 1);

WHEREAS, on November 7, 2025, Plaintiff Gina Henry (and with Plaintiff Jackson, "Plaintiffs") filed a derivative action on Unicycive's behalf captioned *Henry v. Gupta, et al.*, Case No. 3:25-cv-09625-JD ("*Henry* Action" and with the *Jackson* Action, the "Derivative Actions") against the Individual Defendants in this Court similarly alleging violations of Section 14(a) of the Exchange Act, breaches of fiduciary duties, unjust enrichment, gross mismanagement, and waste of corporate assets (*Henry* Action, Dkt. No. 1);

WHEREAS, this Court entered an Order on November 17, 2025, relating the *Jackson* Action with the *Henry* Action and reassigning both Actions before the Hon. James Donato, United States District Judge (*Jackson* Action, Dkt. No. 22; *Henry* Action, Dkt. No. 18);

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, Plaintiffs and Defendants (the "Parties") therefore respectfully submit that that Derivative Actions should be consolidated pursuant to the Federal Rule of Civil Procedure 42(a);

WHEREAS, the Parties agree that the Derivative Actions involve substantially similar alleged conduct by the same directors and officers of Unicycive, involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Derivative Actions;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that Gainey, McKenna & Egleston, and The Rosen Law Firm, P.A., of which their respective resumes are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated derivative action; and

WHEREAS, Defendants take no position regarding appointment of Lead Counsel for Plaintiffs;

WHEREAS, by entering into this Stipulation, Defendants do not waive and expressly reserve all rights, defenses, and objections (other than those relating to service of process), including those relating to the merits, jurisdiction, and venue.

**IT IS HEREBY STIPULATED AND AGREED** among the Parties, and respectfully submitted for the Court's approval, to consolidate the Derivative Actions and appoint Lead Counsel for plaintiffs pursuant to the following terms:

1. The Parties shall have sixty (60) days upon approval of this Order to submit a proposed briefing schedule, and Defendants are not required to respond to the complaints filed in the Derivative Actions until the date set by the Court in ruling on the proposed schedule.

2. The Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 3:25-cv-09338-JD (the "Consolidated Derivative Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Jackson v. Gupta, et al.* | 3:25-cv-09338-JD | October 30, 2025 |
| *Henry v. Gupta, et al.* | 3:25-cv-09625-JD | November 7, 2025 |

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

/ / /

/ / /

/ / /

/ / /

/ / /

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE UNICYCIVE THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:25-cv-09338-JD |

4. The file in the *Jackson* Action shall constitute the Master File for every action in the Consolidated Derivative Action. When the document being filed pertains to all Actions, the phrase "This Documents Relates to All Actions" shall be placed on the cover page. When a pleading applies only to some, but not all, of the Actions, the document shall list on the cover page the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

5. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Derivative Action shall be:

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: gegleston@gme-law.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

6. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in the Consolidated Derivative Action in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Co-Lead Counsel shall be responsible for coordinating all activities and appearances

on behalf of plaintiffs in the Consolidated Derivative Action. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

8. This order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Unicycive Therapeutics, Inc. Derivative Litigation*, Lead Case No. 3:25-cv-09338-JD, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of this action and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later substantially similar shareholder derivative actions filed in this Court, removed to this Court, reassigned to the Court, or transferred here from another court.

9. All papers and documents previously filed and/or served in the Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

10. This Order is without prejudice to any and all defenses, rights, claims or arguments Defendants may assert, except for sufficiency of service of process, in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

**IT IS SO STIPULATED.**

Dated: December 2, 2025

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ *Alex J. Tramontano*
Alex J. Tramontano (SBN 276666)
Betsy C. Manifold (SBN 182450)
Rachele R. Byrd (SBN 190634)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599

**COOLEY LLP**

By: /s/ *Ryan Blair*
Ryan Blair (SBN 246724)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: rblair@cooley.com

Brett De Jarnette

Email: tramontano@whafh.com
Email: manifold@whafh.com
Email: byrd@whafh.com

**GAINEY McKENNA & EGLESTON**

By: */s/ Gregory M. Egleston*
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Tel.: (212) 983-1300
Fax: (212) 983-0383
Email: gegleston@gme-law.com

*Counsel for Plaintiff Tacarra Jackson*

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Gina Henry*

Priya Gambhir
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: bdejarnette@cooley.com
Email: pgambhir@cooley.com

*Counsel for Defendants Shalabh Gupta, Sandeep Laumas, Gaurav Aggarwal, Sara Kenkare-Mitra, John Townsend, and Nominal Defendant Unicycive Therapeutics, Inc.*

**Attestation Pursuant to Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 2, 2025

*/s/ Alex J. Tramontano*
Alex J. Tramontano

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _______________

_______________________________
Hon. James Donato
United States District Judge